UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:06-MJ-200

UNITED STATES OF AMERICA )
 ) ORDER ALLOWING DISMISSAL OF
v. ) CRIMINAL INFORMATION AND
 ) WITHDRAWAL OF ARREST WARRANT
JOSEPH ALLEN KELLER )

Leave of court is granted for the filing of the foregoing dismissal.

1-29-2013
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE